# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 3:23-BK-02387-JAF |
| Angeline Shelton, | Chapter 13 |
| Debtor. | |
| _____/ | |

## NOTICE OF FILING OF DEBTOR'S INSURANCE DECLARATION

PLEASE TAKE NOTICE that the Plaintiff hereby electronically files a copy of Debtor's Insurance Declarations Page in the above-captioned matter.

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 23-380

# CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on March 4, 2024 to:

Gregory K. Crews, 8584 Arlington Expressway, Jacksonville, FL 32211
*Trustee* (usual place of business)

Angeline Shelton, 6505 Collins Rd #233, Jacksonville, FL 32244; obsessions.as@gmail.com
*Pro Se Debtor* (usual place of abode

                                          **Heckman Law Group, P.L.**

                                          By: ***/s/ Chad D. Heckman***
                                          Florida Bar No.: 0526029
                                          Attorney for Creditor
                                          P.O. Box 12492
                                          Tallahassee, Florida 32317-2492
                                          Phone: (850) 583-4161
                                          E-Service: eservice@heckmanlawgroup.com
                                          HLG File No.: 23-380

Your Insurer is Peak Property and Casualty Insurance Corporation

# Dairyland®

My.DairylandInsurance.com

0001082

BREANA'S INSURANCE SERVICES
4200 COUNCOURS ST STE 345
ONTARIO CA 91764

Named Insured(s)

SHELTON, ANGELINE
6505 COLLINS RD APT 233
JACKSONVILLE FL 32244-5396

Email: Myro.myrovending@gmail.com

Agency: BREANA'S INSURANCE SERVICES
Phone: 1-909-346-1545

## DECLARATIONS PAGE

| | |
|---|---|
| **Policy Number** | |
| **Policy Term** | 02/05/2024 to 08/05/2024 |
| **Transaction Effective** | 02/09/2024 12:02 PM Central Time, per Stevens Point WI |
| **Transaction Type** | Policy Change |

**This Is Not a Bill. Retain for your records.**

Nothing contained in these documents changes the cancellation, expiration or nonrenewal date listed on any outstanding bill, offer or notice sent to you.

## Change Description

**Deleted**

SHELTON, ANGELINE,           Filing State: FL: {2}

## Premium and Coverage Information

A Named Non-Owner Policy provides the selected coverage for the Named Insured while driving non-owned cars. Coverage does not apply when driving a non-owned car available for regular use by the Named Insured.

| Policy Level Coverages | Limits | Deductible | Premium |
|---|---|---|---|
| Bodily Injury Liability | $10,000 Each Person/$20,000 Each accident | | $183.18 |
| Property Damage Liability | $10,000 Each accident | | $43.22 |
| Uninsured Motorist Bodily Injury Stacked | | | Rejected |
| Uninsured Motorist Bodily Injury Non-Stacked | | | Rejected |
| **Subtotal Premium By Policy** | | | **$226.40** |

## Premium Summary

Term Premium Total (excludes fees)  $226.40

## Fee Information

The following fees may be charged during the life of the policy.

| Rewrite Fee | Late Fee | Returned Payment Fee | Billing Fee | Automatic Payments Billing Fee | | | | |
|---|---|---|---|---|---|---|---|---|
| $15.00 | $5.00 | $15.00 | $10.00 | $3.00 | | | | |

## Discount Information

| Policy Level |
|---|
| Paid In Full |

**Surcharge Information: None**

DECA-FL-0123                         Process Date: 02/09/2024 - 12:02 PM Central Time per Stevens Point, WI              Page 1 of 2
1  00002 0001082 24041 N A 0                        00270200443737943582322445396582