ORDERED.

Dated: June 7, 2024

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  
Angeline Shelton

Case No. 3:23–bk–02387–JAF
Chapter 7

_____Debtor*_____/

### *ORDER RECONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 AND SETTING DEADLINES*

THIS CASE came on for hearing on June 4, 2024 on the Motion to Convert Case to Chapter 7 (the Motion) (Document No. 69) under § 1307 of the Bankruptcy Code. The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

**ORDERED:**

1. The Motion is granted. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. Within 14 days from the date of this Order, Debtor shall file a Chapter 7 Statement of Income (Means Test), a Statement of Intent, and any unfiled schedules or Statement of Financial Affairs required by Fed. R. Bankr. P. 1007, or the case may be dismissed without further notice. The following documents are needed: None.

3. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the Order Converting Case, including the name and address of each holder of a claim. If Debtor is represented by an attorney, the attorney shall upload the additional holders of claims via CM/ECF. Debtor or Debtor's attorney shall serve a copy of the Order Converting Case and this notice on each additional holder of a claim and shall file a proof of service with the Court. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the Order Converting Case.

4. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A . Failure to pay the overdue filing fee may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court  
Bryan Simpson United States Courthouse  
300 North Hogan Street  
Suite 3–150  
Jacksonville, FL 32202

5. Pursuant to Local Rule 4001–1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

6. If the Trustee has not already collected a percentage fee, the Trustee shall deduct from all monies disbursed the normal percentage thereof as necessary costs and expenses from sums collected pursuant to §1326(a)(2) , together with any fee, charge, or amount allowed under 28 U.S.C. § 586(e)(2).

7. The Chapter 13 Trustee shall disburse any undistributed funds in the Trustee's possession on the date of conversion to Debtor, and if Debtor is represented by counsel, mailed to the Debtor in care of Debtor's attorney.

8. Within 14 days from the date of this Order, Debtor, the Trustee, or any party in interest may request the Court to examine the fees paid to the Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

9. The Chapter 13 Trustee is discharged from any further duties in this case.

10. All hearings pending in the Chapter 13 case are cancelled.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

## NOTICE REGARDING CONVERSION TO CHAPTER 7

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **July 3, 2024** at **12:00 PM**. **Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 966 120 3334, and passcode 4618557177, or call 904–658–1994**. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has reappointed a Chapter 7 Trustee:

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211

3. September 3, 2024 is the last day for filing a complaint seeking an exception to discharge under 11 U.S.C. § 523(a)(2), (a)(4), or (a)(6). If no such complaint is timely filed, the discharge will be granted and will encompass debts that might not be subject to discharge.

4. Please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

5. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.